# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

*I,  Robert M. Farrell,  Clerk of this Court,*

*certify that*  **Anthony I. Paronich**, *Bar*  **678437**,

*was duly admitted to practice in this Court on*

**January 25, 2011**, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on*  **June 3, 2026**



**_Robert M. Farrell_**

**CLERK**