# UNITED STATES DISTRICT COURT

for the
Middle District of Georgia

| | |
|---|---|
| **MARSHALL MCCLAIN, on behalf of himself and others similarly situated** ) ) ) ) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:26-cv-903 (CDL) |
| ) ) | |
| **MANAGEMENT SERVICES NETWORK, LLC** ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Leigh Brooks, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to MANAGEMENT SERVICES NETWORK, LLC in Muscogee County, GA on June 4, 2026 at 3:31 pm at 2357 Warm Springs Rd, 4th Floor, Columbus, GA 31904 by leaving the following documents with Kathy Hill who as Director of Human Resources is authorized by appointment or by law to receive service of process for MANAGEMENT SERVICES NETWORK, LLC.

SUMMONS IN A CIVIL ACTION

Additional Description:
Access to this business located on the fourth floor of this building is restricted to the public. A receptionist telephonically contacted this business, and I met with an individual who identified herself as Kathy Hill, Director of Human Resources for this business, and confirmed that she is authorized to receive legal documents on behalf of this company. Kathy stated that the registered agent, James Trotter Junior, is the CEO and was not currently present.
Race: White, Sex: Female, Est. Age: 55-64, Hair: Brown, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.5005592407,-84.9573703795
Photograph: See Exhibit 1

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Muscogee County                              ,

GA        on     6/4/2026              .

/s/ *Leigh Brooks*

Signature
Leigh Brooks
+1 (706) 325-2372



Exhibit 1a)



Exhibit 1b)