IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

MARSHALL MCCLAIN, on behalf of
himself and others similarly situated,

     Plaintiff,

v.

MANAGEMENT SERVICES NETWORK,
LLC,

     Defendant.

Case No.: 4:26-cv-903-CDL

JURY TRIAL DEMANDED

**STIPULATED EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Middle District of Georgia Local Rule 6.1, Plaintiff Marshall McClain

and Defendant Management Services Network, LLC ("MSN") stipulate that MSN shall

have an additional twenty-one (21) days in which to respond to Plaintiff's Complaint.

MSN's answer therefore is now due no later than **Thursday, July 16, 2026**.

SIGNATURES ON FOLLOWING PAGE:

1

APPROVED FOR ENTRY:

CHAMBLISS, BAHNER & STOPHEL, P.C.


BY: */s/ Bradley M. Davis*
      Bradley M. Davis, GA Bar#141505
      Stephen D. Barham, TN Bar #019292 (*Pro Hac Vice Pending*)
      John Grayson Chambers, TN Bar #035963 (*Admitted Pro Hac Vice*)
605 Chestnut Street, Ste. 1700
Chattanooga, TN  37450
Tel:  423.757.0239
Fax:  423.508.1239
Email: bdavis@chamblisslaw.com
      sbarham@chamblisslaw.com
      gchambers@chamblissslaw.com

*Counsel for Management Services Network, LLC*


CHINN LAW FIRM, LLC

BY: */s/ Valerie Chinn (with expressed permission)*
      Valerie Chinn, GA BPR #248468
6000 Lynmark Way
Suite 106 #1320
Fairburn, GA 30213
Direct: 404-955-7732
Email: vchinn@chinnlawfirm.com

PARONICH LAW P.C.

BY: */s/ Anthony I. Paronich (with expressed permission)*
      Anthony I. Paronich, *Admitted Pro Hac Vice*
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

2