AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

## CERTIFICATE OF GOOD STANDING

I, LeAnna R. Wilson, Clerk of the Eastern District of

Tennessee, certify that

# Stephen D Barham,

Bar # ___019292___,

was duly admitted to practice in this Court

on ___2-2-2000___ and is in good standing as a member

of the Bar of this Court.

Dated at ___Chattanooga, TN___ on ___Wednesday June 24, 2026___.



_____
DEPUTY CLERK