IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

MARSHALL MCCLAIN, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

MANAGEMENT SERVICES
NETWORK, LLC,

    Defendant.

Case No.: 4:26-cv-903-CDL

JURY TRIAL DEMANDED

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Please take NOTICE that pursuant to Local Rule 83.1.2(a) of the United States District Court for the Middle District of Georgia, Defendant Management Services Network, LLC ("Defendant") hereby designates the following attorney as Lead Counsel for Defendant in this action.

James F. Exum, III, GA Bar#954516
605 Chestnut Street, Ste. 1700
Chattanooga, TN  37450
Tel:  423.757.0233
Fax:  423.508.1233
Email: jfexum@chamblisslaw.com

*Signature of counsel on following page.*

26091_00/26012/JMB-4932-2469-5741_1        1

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: */s/ James F. Exum*
Bradley M. Davis, GA Bar#141505
Stephen D. Barham, TN Bar #019292
(*Admitted Pro Hac Vice*)
James F. Exum, III, GA Bar#954516
John Grayson Chambers, TN Bar #035963
(*Admitted Pro Hac Vice*)
605 Chestnut Street, Ste. 1700
Chattanooga, TN  37450
Tel:  423.757.0239
Fax:  423.508.1239
Email: bdavis@chamblisslaw.com
        sbarham@chamblisslaw.com
        jfexum@chamblisslaw.com
        gchambers@chamblissslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record, and a postage prepaid copy has also been sent by U.S. Mail to the following address:

Valerie Chinn, GA
Chinn Law Firm, LLC
6000 Lynmark Way
Suite 106 #1320
Fairburn, GA 30213
Direct: 404-955-7732
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
Email: anthony@paronichlaw.com

By: */s/ James F. Exum*