IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

MARSHALL MCCLAIN, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

MANAGEMENT SERVICES
NETWORK, LLC,

    Defendant.

Case No.: 4:26-cv-903-CDL

JURY TRIAL DEMANDED

## DEFENDANT MANAGEMENT SERVICES NETWORK, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 87.1, Defendant Management Services Network, LLC ("MSN") hereby submits this Corporate Disclosure Statement and certifies that (1) it does not have a parent corporation, and (2) no publicly held corporation owns 10% or more of MSN's stock.

This 15th day of July, 2026.

1

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: */s/ James F. Exum*
      Bradley M. Davis, GA Bar#141505
      Stephen D. Barham, TN Bar #019292
      (*Admitted Pro Hac Vice*)
      James F. Exum, III, GA Bar#954516
      John Grayson Chambers, TN Bar #035963
      (*Admitted Pro Hac Vice*)
      605 Chestnut Street, Ste. 1700
      Chattanooga, TN  37450
      Tel:  423.757.0239
      Fax:  423.508.1239
      Email: bdavis@chamblisslaw.com
           sbarham@chamblisslaw.com
           jfexum@chamblisslaw.com
           gchambers@chamblissslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed DEFENDANT MANAGEMENT SERVICES NETWORK, LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record, and a postage prepaid copy has also been sent by U.S. Mail to the following address:

Valerie Chinn, GA
Chinn Law Firm, LLC
6000 Lynmark Way
Suite 106 #1320
Fairburn, GA 30213
Direct: 404-955-7732
Email: vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
Email: anthony@paronichlaw.com

By: */s/ James F. Exum*