**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

MARSHALL MCCLAIN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

MANAGEMENT SERVICES NETWORK,
LLC,

    Defendant.

Case No. 4:26-cv-903 (CDL)

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 83.1.3, Jennifer A. Adler, Esq., of the law firm of Weinberg Wheeler Hudgins Gunn & Dial, LLC, hereby enters her appearance in this action as local counsel for defendant Management Services Network, LLC, and requests copies of all pleadings, motions, orders, notices and other papers filed in this action to be served on her.

DATED:  July 30, 2026

Respectfully submitted,

**WEINBERG, WHEELER, HUDGINS,**
**GUNN & DIAL, LLC**

By: */s/ Jennifer A. Adler*
    Jennifer A. Adler
    Georgia Bar No. 585635
    jadler@wwhgd.com
    3344 Peachtree Road, NE

1

Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 – Telephone
(404) 875-9433 – Facsimile

*Local Counsel for Defendant*
*Management Services Network LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a copy of the within and foregoing to be served on counsel for Plaintiffs by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to counsel of record.

This 30th day of July, 2026.

By: */s/ Jennifer A. Adler*
        Jennifer A. Adler
        Georgia Bar No. 585635
        jadler@wwhgd.com
        3344 Peachtree Road, NE
        Suite 2400
        Atlanta, Georgia 30326
        (404) 876-2700 – Telephone
        (404) 875-9433 – Facsimile

        *Local Counsel for Defendant*
        *Management Services Network LLC*