**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

MARSHALL MCCLAIN, individually and on
behalf of all others similarly situated,

   Plaintiff,

v.

MANAGEMENT SERVICES NETWORK, LLC,

   Defendant.

Case No. **4:26-cv-903 (CDL)**

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE the undersigned attorneys and, pursuant to Local Rule 83.1.4, respectfully notify the Court that lead counsel for Management Services Network, LLC has changed.

1.  James F. Exum, III, Esq., Steve Barham, Esq., Grayson Chambers, Esq., and Brad Davis, Esq., and the law firm of Chambliss Bahner & Stophel, P.C. hereby withdraw as counsel of record for Management Services Network, LLC.

2.  Jennifer A. Adler, Esq of the law firm of Weinberg Wheeler Hudgins Gunn & Dial, LLC hereby enters an appearance as lead counsel of record for Management Services Network, LLC.

3.  All future pleadings, notices, and filings should be served upon:

Jennifer A. Adler, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
jadler@wwhgd.com

4.  The client consents to this substitution of counsel, and the substitution will not

1

delay or otherwise prejudice the proceedings.

WHEREFORE, the undersigned respectfully request that the Court recognize this substitution of counsel and direct the Clerk to update the docket accordingly.

DATED:  August 10, 2026

| **CHAMBLISS, BAHNER & STOPHEL P.C.** | **WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC** |
|---|---|
| */S/  James F. Exum*<br> *(with express permission by Jennifer Adler, Esq.)*<br> James F. Exum, III<br> Georgia Bar No. 954516<br> jfexum@chamblisslaw.com<br> Grayson Chambers<br> gchambers@chamblisslaw.com<br> Steve Barham<br> SBarham@chamblisslaw.com<br> Brad Davis<br> BDavis@chamblisslaw.com<br> 605 Chestnut Street, Ste. 1700<br> Chattanooga, TN  37450<br> (423) 757-0239 – Telephone<br> (423-508-1239 - Facsimile | */S/ Jennifer A. Adler*<br> Jennifer A. Adler<br> Georgia Bar No. 585635<br> jadler@wwhgd.com<br> 3344 Peachtree Road, Ste. 2400<br> Atlanta, GA 30326<br> (404) 876-2700 – Telephone<br> (404) 875-9433 - Facsimile |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the within and foregoing to be served on counsel for Plaintiffs by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to following counsel of record:

| Valerie Chinn<br> Chinn Law Firm, LLC<br> 6000 Lynmark Way, Suite 106 #1320<br> Fairburn, GA 30213<br> Direct: 404-955-7732<br> vchinn@chinnlawfirm.com | Anthony I. Paronich<br> Paronich Law P.C.<br> 350 Lincoln Street, Suite 2400<br> Hingham, MA 02043<br> 508-221-1510<br> anthony@paronichlaw.com |
|---|---|

This 10th day of AUGUST, 2026.

By: */s/ Jennifer A. Adler*
Jennifer A. Adler
Georgia Bar No. 585635
jadler@wwhgd.com

2