**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

MARSHALL MCCLAIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MANAGEMENT SERVICES NETWORK, LLC,

Defendant.

Case No. **4:26-cv-903 (CDL)**

**<u>JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Marshall McClain ("Plaintiff") and Defendant Management Services Network, LLC ("MSN") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move the Court for entry of the Parties' Stipulated Confidentiality Agreement and Protective Order, submitted contemporaneously herewith. In support of this Consent Motion, the Parties state as follows:

1. The Parties believe in good faith that discovery in this putative class action will involve the production and disclosure of confidential, proprietary, commercially sensitive, private, and other protected information. Discovery will also involve sensitive personal information concerning third parties, including medical or health information that may constitute protected health information ("PHI") under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and its implementing regulations.

2. The Parties have conferred regarding the appropriate treatment of such information and have agreed upon the terms of the proposed Stipulated Confidentiality Agreement and Protective Order ("Protective Order") submitted herewith.

3. The proposed Protective Order establishes procedures for designating and handling information that qualifies for protection under Federal Rule of Civil Procedure 26(c), while expressly requiring the Parties to exercise restraint in making confidentiality designations and limiting such designations to material that qualifies for protection.

4. The proposed Protective Order also contains specific provisions governing the disclosure and use of PHI. Among other protections, the proposed Protective Order is intended to constitute a "qualified protective order" under 45 C.F.R. § 164.512(e)(1)(v), restricts the use and disclosure of PHI to purposes of this litigation, and provides appropriate safeguards concerning the use and public disclosure of patient-identifying information.

5. Because this is a putative class action, the proposed Protective Order further addresses the use of confidential medical and patient information obtained through discovery to identify or contact putative class members.

6. The proposed Protective Order will facilitate the orderly and efficient exchange of discovery while protecting legitimate confidentiality and privacy interests of the Parties and non-parties. Accordingly, good cause exists for entry of the proposed Protective Order pursuant to Federal Rule of Civil Procedure 26(c).

WHEREFORE, Plaintiff Marshall McClain and Defendant Management Services Network, LLC respectfully request that the Court grant this Consent Motion and enter the Stipulated Confidentiality Agreement and Protective Order submitted contemporaneously herewith.

Respectfully submitted this 9th day of October, 2026.

*/s/ Valerie Chinn*____
*(with express permission by Jennifer Adler)*
Valerie Chinn

Georgia Bar No. 248468
CHINN LAW FIRM, LLC
600 Lynmark Way
Suite 106, #1320
Fairburn, GA 30213
(404)955-7732
vchinn@chinnlawfirm.com
Anthony I. Paronich
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/ Jennifer A. Adler*
Alexander Heydemann
Georgia Bar No. 148511
Jennifer A. Adler
Georgia Bar No. 585635
3344 Peachtree Rd., NE, Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
aheydemann@wwhgd.com
jadler@wwhgd.com

*Attorneys for Defendant Management Services Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the within and foregoing to be served on counsel for Plaintiffs by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to following counsel of record:

| | |
|---|---|
| Valerie Chinn<br>Chinn Law Firm, LLC<br>6000 Lynmark Way, Suite 106 #1320<br>Fairburn, GA 30213<br>Direct: 404-955-7732<br>vchinn@chinnlawfirm.com | Anthony I. Paronich<br>Paronich Law P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>508-221-1510<br>anthony@paronichlaw.com |

This 9th day of OCTOBER, 2026.

By: */s/ Jennifer A. Adler*

Jennifer A. Adler
Georgia Bar No. 585635
jadler@wwhgd.com