**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT SERVICES NETWORK, LLC,<br><br>Defendant. | Case No. **4:26-cv-903 (CDL)** |

**<u>JOINT STIPULATION AND CONSENT MOTION TO STAY PROCEEDINGS PENDING MEDIATION</u>**

Plaintiff Marshall McClain ("Plaintiff") and Defendant Management Services Network, LLC ("MSN") (collectively, the "Parties"), by and through their undersigned counsel, jointly stipulate and move this Court for entry of an Order staying all proceedings and deadlines in this action pending mediation. In support thereof, the Parties state as follows:

1. Plaintiff filed this putative class action on June 3, 2026, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). MSN filed its Answer and Affirmative Defenses on July 15, 2026. (ECF No. 12). On July 30, 2026, the Court entered its Scheduling and Discovery Order (ECF No. 15), establishing deadlines for discovery, expert disclosures, and dispositive motions.

2. Since the entry of the Scheduling and Discovery Order, the Parties have engaged in written discovery and have continued to evaluate the claims and defenses asserted in this action. In light of the nature of the claims, the potential scope of discovery, and the substantial costs and expenses associated with litigating a complex putative class action, the Parties have conferred and

agreed that mediation presents a meaningful opportunity to resolve this litigation without incurring additional litigation expenses.

3. Accordingly, the Parties have agreed to participate in mediation with Aaron Weiss of Carlton Fields no later than January 31, 2027. The Parties believe that mediation may facilitate a resolution of this action without the need for further litigation and respectfully submit that that a temporary stay will conserve the resources of the Parties and the Court.

4. To facilitate meaningful settlement discussions and avoid potentially unnecessary fact discovery, expert discovery, and motion practice, the Parties respectfully request that the Court stay all proceedings and deadlines in this action, including all discovery obligations, expert disclosure deadlines, motion deadlines, and all other deadlines established by the Court's Scheduling and Discovery Order, pending completion of the mediation.

5. Within fifteen (15) days following the mediation, the Parties agree to file a joint status report advising the Court whether the case has been resolved. If the mediation does not result in a resolution, the Parties will submit a proposed amended scheduling order establishing new deadlines for the completion of discovery and all remaining pretrial proceedings.

6. The Parties submit that good cause exists for the requested stay under Federal Rule of Civil Procedure 16(b)(4), that the stay will promote judicial economy and conserve the resources of the Parties and the Court. This request is made jointly, in good faith, and not for the purpose of delay. The requested stay will not prejudice either Party.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying all proceedings and deadlines in this action pending mediation, requiring the Parties to file a joint status report within fifteen (15) days following mediation, and granting such other and further relief as the Court deems appropriate. A proposed Order is submitted herewith.

Respectfully submitted this 16th day of October, 2026.

/s/ Anthony I Paronich
Anthony I. Paronich
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
anthony@paronichlaw.com

/s/ Valerie Chinn
Valerie Chinn
Chinn Law Firm, LLC
6000 Lynmark Way, Suite 106 #1320
Fairburn, GA 30213
Direct: 404-955-7732
vchinn@chinnlawfirm.com

***Counsel for Plaintiff***

**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**

/s/ Jennifer A. Adler
Jennifer A. Adler
Georgia Bar No. 585635
jadler@wwhgd.com
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 – Telephone
(404) 875-9433 – Facsimile

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the within and foregoing to be served on counsel for Plaintiffs by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to following counsel of record:

| | |
|---|---|
| Valerie Chinn<br>Chinn Law Firm, LLC<br>6000 Lynmark Way, Suite 106 #1320<br>Fairburn, GA 30213<br>Direct: 404-955-7732<br>vchinn@chinnlawfirm.com | Anthony I. Paronich<br>Paronich Law P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>508-221-1510<br>anthony@paronichlaw.com |

This 16th day of OCTOBER, 2026.

By: */s/ Jennifer A. Adler*

Jennifer A. Adler
Georgia Bar No. 585635
jadler@wwhgd.com