**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT SERVICES NETWORK, LLC,<br><br>Defendant. | Case No. **4:26-cv-903 (CDL)** |

**ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

Before the Court is the Parties' Consent Motion to Stay Proceedings Pending Mediation (the "Motion"). Having considered the Motion, the Court finds good cause under Federal Rule of Civil Procedure 16(b)(4) to modify the Scheduling and Discovery Order entered July 30, 2026 (ECF No. 15), to facilitate the Parties' good-faith efforts to resolve this putative class action through mediation.

Accordingly, the Motion is **GRANTED**, and it is hereby **ORDERED** as follows:

(1) All deadlines established by the Court's Scheduling and Discovery Order, including all discovery, expert disclosure, dispositive motion, and other pretrial deadlines, are hereby **STAYED** pending further Order of the Court.

(2) The Parties shall participate in mediation on or before January 31, 2027.

(3) Within fifteen (15) days following the completion of mediation, the Parties shall file a joint status report advising the Court whether the matter has been resolved. If the matter has not been resolved, the Parties shall include in their report a proposed schedule for completing discovery and any remaining pretrial proceedings.

SO ORDERED this _____ day of ______________, 2026.

_______________________________________
Honorable Clay D. Land
United States District Court Judge
Middle District of Georgia
State of Georgia